Rec'd 11/28/07

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:  )  07-CV-02472-WDm
RHINEHART M. MORITZ,  )
SSN: xxx-xx-1546  )  Case No. 05-49071 ABC
ROSALIND C. MORITZ,  )
SSN: xxx-xx-3816  )  Chapter 7
  )
                Debtors.  )
  )
PAUL T. GEFREH, Chapter 7 Trustee  )
  )
                Plaintiff,  )  Adversary Proceeding No.
  )  07-1646 ABC
  v.  )
  )
STEPHEN H. SWIFT and  )
STEPHEN H. SWIFT, P.C.,  )
  )
                Defendants.  )

## ORDER GRANTING DEFENDANTS' MOTION
## FOR WITHDRAWAL OF REFERENCE

THIS MATTER having come before the Court on Defendants' Motion for Withdrawal of Reference. The Court, having reviewed the same, being advised in the premises, good cause appearing, does hereby FIND that the Defendants are entitled to a jury trial under the Seventh Amendment; the Defendants have not otherwise consented to the bankruptcy court's jurisdiction; and the bankruptcy court can not conduct a jury trial.

- 1 -

THE COURT HEREBY GRANTS Defendants' Motion that the reference of this Adversary Proceeding to the Bankruptcy Court be withdrawn and hereby ORDERS that this Adversary Preceeding proceed in the District Court.

DATED this 29th day of November, 2007.

BY THE COURT:

_____
U.S. District Court Judge