IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02472-WDM-CBS

PAUL T. GEFREH,

    Plaintiff,

v.

STEPHEN H. SWIFT, *et al.*,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Pursuant to FED.R.CIV.P. 15(a) is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, the amended complaint (*doc no. 24-2*) tendered to the court on June 19, 2008.

**DATED:**    June 24, 2008