IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02472-WDM-CBS

IN RE

RHINEHART M. MORITZ,
ROSALIND C. MORITZ,

Debtors,

PAUL T. GEFREH,

    Plaintiff,

v.

STEPHEN H. SWIFT,
STEPHEN H. SWIFT, P.C.,
ROSALIND C. MORITZ,

    Defendants.
_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion for leave to exceed page limitation is granted.

Dated: August 20, 2008

                              s/ Jane Trexler, Judicial Assistant