IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02472-WDM-CBS

IN RE

RHINEHART M. MORITZ,
ROSALIND C. MORITZ,

Debtors,

PAUL T. GEFREH,

    Plaintiff,

v.

STEPHEN H. SWIFT,
STEPHEN H. SWIFT, P.C.,
ROSALIND C. MORITZ,

    Defendants.
_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Swift Defendants' Unopposed Motion to File a Corrected Exhibit A to Defendants' Response to Trustee's Cross Motion for Partial Summary Judgment, filed 9/16/08 is granted.

Dated: September 19, 2008

                                          s/ Kathy Preuitt-Parks, Deputy Clerk